Charles Wohlrab, Esq.
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation as Servicer for U.S. Bank
Trust National Association as Trustee of the Lodge Series III Trust
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 23-17074-JKS |
| William J. Appleton Jr., | CHAPTER 13 |
| Debtor. | Judge: John K. Sherwood |

-----------------------------------------------------------X

## NOTICE OF OBJECTION TO CONFIRMATION OF DEBTOR'S MODIFIED CHAPTER 13 PLAN

**PLEASE TAKE NOTICE** that SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust ("Secured Creditor"), the holder of a mortgage on real property of the Debtor, located at 23 Maple Street, Ramsey, NJ 07446 by and through its undersigned attorneys, hereby objects to the confirmation of the Debtor's Modified Chapter 13 Plan on grounds including:

1. Debtor filed a Second Modified Chapter 13 Plan (Doc.:41) on September 24, 2024 which provides to cure Secured Creditor's pre-petition arrearages through the "Proceeds of Medical Malpractice Action anticipated by 12/2/24."
2. Secured Creditor filed a Proof of Claim (2-1) on September 28, 2023 which specified a pre-petition arrearage amount of $249,815.84.

3. Based on the previous failures of the Debtor and Co-Debtor to cure Secured Creditor's claim; Secured Creditor is concerned about the feasibility of the Debtor to cure the substantial pre-petition arrears and maintain making post-petition payments required under the instant Chapter 13 Plan.
4. Furthermore, the funding of the Modified Chapter 13 Plan is almost completely based on a potential Medical Malpractice settlement. Secured Creditor believes this basis for funding is far too speculative to satisfy the feasibility requirements of 11 U.S.C. §1325(a)(6).
5. Debtor`s proposed plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith.
6. Debtor`s proposed plan fails to comply with other applicable provisions of Title 11.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), *et seq.* unless the plan provides for full payment of the claim.

Dated: October 23, 2024
Garden City, New York

By: /s/ Charles Wohlrab
Charles Wohlrab, Esq.
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles Wohlrab, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust
T: (212) 471-5100
F: (212) 471-5150

In Re:
William J. Appleton Jr.
Debtor

Case No.: 23-17074-JKS

Chapter: 13

Adv. No.:

Hearing Date:

Hon. Judge: John K. Sherwood

## CERTIFICATION OF SERVICE

1. I, <u>Gloria Garcia</u>:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for <u>Charles Wohlrab, Esq.</u>, who represents <u>U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust.</u> in this matter.

2. On <u>October 23, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Objection to Plan (NJ)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 23, 2024

/s/ Gloria Garcia
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| William J. Appleton<br>23 Maple Street<br>Ramsey, NJ 07446 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____ (as authorized by the court *) |
| Barry Scott Miller<br>Barry S. Miller, Esq.<br>1211 Liberty Avenue<br>Hillside, NJ 07205 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____ (as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Bankruptcy Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>Other_____ (as authorized by the court *) |
| U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |